IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEROME BRANTLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:02cv1425-A |
| ) | (WO) |
| OFFICER PERRYMAN, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER AND JUDGMENT**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on April 6, 2005, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. Defendant Perryman's motion for summary judgment is GRANTED to the extent she has been sued in her official capacity and DENIED to the extent she is sued in her individual capacity;

2. Defendant Kendrick's motion for summary judgment is GRANTED and Judgment is entered in favor of the Defendant Jackie Kendrick and against the Plaintiff.

3. Plaintiff's excessive force claim against defendant Perryman is set for trial by jury on Tuesday, August 16, 2005.

Done this 1st day of June, 2005.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE